United States District Court
Eastern District of New York

**NOTICE OF
RELATED CASE**

The Civil Cover Sheet filed on **3/24/2010** in civil action

**CV 10-1341-JFB-ETB**

1) indicated that this case is related to the following case(s):

**CV 10-1326-JFB-MLO**

-OR-

2) was directly assigned to District Judge _____

and Magistrate Judge _____ as a Pro Se or Habeas case related to

_____

Dated: 3/26/2010 (mvr)